970 A.2d 320

**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND, Petitioner**

**v.**

**THAI HONG NGUYEN, Respondent.**

**Misc. Docket AG No. 68, Sept. Term, 2008.**

Court of Appeals of Maryland.

April 28, 2009.

## ORDER

The Court of Appeals of Maryland, having considered the Joint Petition for Reprimand by Consent of the Attorney Grievance Commission of Maryland and the Respondent, Thai Hong Nguyen, to reprimand the Respondent, it is this 28th day of April, 2009;

ORDERED, that the Joint Petition be, and it is hereby GRANTED, and the respondent Thai Hong Nguyen is reprimanded by consent.